UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RODRIGUEZ, JENNIFER WORTHINGTON, BOBBY CROUTHER, JESUS CONCHAS and ROSA MARIA CONCHAS, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>NATIONAL CITY BANK, NATIONAL CITY CORP. and DOES 1-10, inclusive,<br><br>             Defendants. | No. 08-CV-02059 (ER) |

**DEFENDANTS NATIONAL CITY BANK'S AND
NATIONAL CITY CORPORATION'S MOTION TO DISMISS/STRIKE**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and (f), Defendants National City Bank and National City Corporation (collectively, "Defendants") move to dismiss/strike the Complaint of Plaintiffs John Rodriguez, Jennifer Worthington, Bobby Crouther, Jesus Conchas and Rosa Maria Conchas (collectively, "Plaintiffs"). In support of their Motion, Defendants submit contemporaneously herewith their Memorandum of Law setting forth the reasons why Plaintiffs' Complaint should be dismissed and/or stricken.

WHEREFORE, Defendants National City Bank and National City Corporation respectfully request that this Court:

    A.    Grant their Motion to Dismiss/Strike; and

B.   Award them any additional relief in their favor which is appropriate and just.

Respectfully submitted,

By: /s/ Peter J. Boyer
    Peter J. Boyer
    McCarter & English, LLP
    Mellon Bank Center
    1735 Market Street, Suite 700
    Philadelphia, Pennsylvania 19103
    (215) 979-3800

    Of Counsel:
    Diane M. Kehl
    Chad A. Schiefelbein
    Sarah R. Breitlander
    Vedder Price P.C.
    222 North LaSalle Street, Suite 2600
    Chicago, Illinois  60601-1003
    (312) 609-7500

Attorneys for Defendants National City Bank and National City Corporation