IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN RODRIGUEZ, et al., | : | Civil Action |
| | : | No. 08-2059 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL CITY BANK, et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **8th** day of **September, 2011**, for the reasons set forth in the Court's accompanying memorandum dated September 8, 2011, it is **ORDERED** that:

1. Plaintiffs' Motion for Final Approval of Settlement and Certification of Settlement Class (doc. no. 89) is **DENIED**.

2. Plaintiffs' Motion for Attorneys' Fees (doc. no. 90) is **DENIED as moot**.

3. A Telephone Status & Scheduling Conference is **SCHEDULED** for **September 30, 2011 at 2:00 P.M.**[1]

**AND IT IS SO ORDERED.**

                                   S/Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO, J.**

---

[1] Plaintiff shall initiate the phone call and, once all parties are on the line, shall call Chambers at (215) 597 - 4073.